IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**HELENA AGRI-ENTERPRISES, LLC**　　　　　　　　　　　　　　**PLAINTIFF**
*formerly known as*
*Helena Chemical Company*

v.　　　　　　　　　CASE NO. 2:25-CV-00100-BSM

**CONNIE DIANE SWINDLE**
**and JACKIE SWINDLE FARMS**　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 25th day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE